IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., <br><br> Defendant. | Case No. 1:11-cv-08946 <br><br> Judge John A. Nordberg <br><br> JURY DEMAND |

**AGREED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its undersigned counsel and with the agreement of Plaintiffs State Farm Fire and Casualty Company, State Farm General Insurance Company, State Farm Lloyds, and State Farm Florida Insurance Company (collectively "Plaintiffs" or "State Farm"), hereby submits this Agreed Motion for Extension of Time To Answer Or Otherwise Plead, and, in support thereof, states as follows:

1. Electrolux was served with a copy of the Summons and Complaint in this matter on December 21, 2011. Its responsive pleading would therefore otherwise be due on or before January 11, 2012.

2. Plaintiffs' Complaint seeks monetary relief for purported strict liability and negligence with respect to more than two hundred (200) products-liability actions as to which Plaintiffs are subrogated to their respective insureds. The incidents with respect to which Plaintiffs seek relief occurred in at least thirty different states. Plaintiffs also seek damages in excess of $12 million.

3. Counsel for the Parties have conferred, and, in order to permit Electrolux sufficient time to assess the Complaint and prepare an appropriate response, have agreed to allow Electrolux to submit its responsive pleading within forty-five days of the date of service, or, on or before February 6, 2012.

4. Separately, Electrolux will submit a Proposed Order, consistent with this Court's required procedures.

WHEREFORE, Defendant Electrolux Home Products, Inc. respectfully requests that the Court enter the Proposed Order submitted concurrently with this Motion, permitting Electrolux until February 6, 2012 to answer or otherwise plead in response to Plaintiffs' Complaint.

January 9, 2012

Respectfully Submitted,

ELECTROLUX HOME PRODUCTS, INC.

/s/ Matthew J. Kramer

Michael J. Summerhill (ARDC No. 6274260)
Matthew J. Kramer (ARDC No. 6283296)
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel: (312) 360-6382
Fax: (312) 360-6594
msummerhill@freebornpeters.com
mkramer@freebornpeters.com

Robert H. Shulman (*admission pending*)
David J. Abrams (*admission pending*)
Jamie Abraham (*admission pending*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
rshulman@kasowitz.com
dambrams@kasowitz.com
jabraham@kasowitz.com

*Counsel for Defendant Electrolux Home Products, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that, on January 9, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record through this Court's CM/ECF system.

Terrence R. Joy
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
150 South Fifth Stree
Minneapolis, Minnesota 55402
(612) 564-4884
tjoy@ghlaw-llp.com


William J. Hoffman
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
wjh@ghlaw-llp.com

Jonathan J. Tofilon
Kevin M. Murphy
Michael J. Scola
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
407 South Third Street
Suite 200
Geneva, Illinois 60139
jtofilon@ghlaw-llp.com
kmurphy@ghlaw-llp.com
scola@ghlaw-llp.com


                 s/ Matthew J. Kramer