**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., <br><br> Defendant. | Case No. 1:11-cv-08946 <br><br> Judge John A. Nordberg <br><br> JURY DEMAND |

**NOTICE OF AGREED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

TO: See Certificate of Service

    **PLEASE TAKE NOTICE** that on **January 11, 2012** at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John A. Nordberg in Courtroom 1801 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendants' **Agreed Motion For Extension Of Time To Answer Or Otherwise Plead,** a copy of which is attached hereto and thereby served upon you.

January 9, 2012

Respectfully Submitted,

ELECTROLUX HOME PRODUCTS, INC.

/s/ Matthew J. Kramer
_____

Michael J. Summerhill (ARDC No. 6274260)
Matthew J. Kramer (ARDC No. 6283296)
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel: (312) 360-6382
Fax: (312) 360-6594
msummerhill@freebornpeters.com
mkramer@freebornpeters.com

Robert H. Shulman (*admission pending*)
David J. Abrams (*admission pending*)
Jamie Abraham (*admission pending*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
rshulman@kasowitz.com
dambrams@kasowitz.com
jabraham@kasowitz.com

*Counsel for Defendant Electrolux Home Products, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that, on January 9, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record through this Court's CM/ECF system.

Terrence R. Joy
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
150 South Fifth Stree
Minneapolis, Minnesota 55402
(612) 564-4884
tjoy@ghlaw-llp.com


William J. Hoffman
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
wjh@ghlaw-llp.com

Jonathan J. Tofilon
Kevin M. Murphy
Michael J. Scola
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
407 South Third Street
Suite 200
Geneva, Illinois 60139
jtofilon@ghlaw-llp.com
kmurphy@ghlaw-llp.com
scola@ghlaw-llp.com

                                                                 s/ Matthew J. Kramer