IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>    Defendant. | No. 1:11-CV-08946<br>Honorable Charles R. Norgle |

## NOTICE OF MOTION

To:    Michael J. Summerhill
         Matthew J. Kramer
         Freeborn & Peters
         311 South Wacker Drive, Suite 3000
         Chicago, Illinois 60606

    **PLEASE TAKE NOTICE** that on Wednesday, January 25, 2012 at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John A. Nordberg or any Judge sitting in his stead, in Courtroom No.: 1801 or the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Plaintiff's Motion for Leave to File Its Amended Complaint Instanter**, a copy of which is attached hereto.

                                     Respectfully submitted,

                                       STATE FARM FIRE AND CASUALTY COMPANY;
                                       STATE FARM GENERAL INSURANCE COMPANY;
                                       STATE FARM LLOYDS INSURANCE COMPANY;
                                       AND STATE FARM FLORIDA INSURANCE
                                       COMPANY,

                                       By: s/William J. Hoffmann_____
                                             William J. Hoffmann

Case: 1:11-cv-08946 Document #: 15  Filed: 01/20/12 Page 2 of 3 PageID #:59

- 2 -

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA, LLP
311 S. WACKER, SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com

## CERTIFICATE OF SERVICE

To: Michael J. Summerhill
     Matthew J. Kramer
     Freeborn & Peters
     311 South Wacker Drive, Suite 3000
     Chicago, Illinois 60606

     I, William J. Hoffmann, hereby certify that a true and correct copy of **Notice of Motion** and **Plaintiff's Motion for Leave to File Its Amended Complaint *Instanter*** has been served via CM/ECF transmission to the above identified individuals on January 20, 2012.

                                               s/ William J. Hoffmann_____