**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

State Farm Fire and Casualty Company, et al.

                              Plaintiff,

v.                                                   Case No.: 1:11−cv−08946
                                                   Honorable John A. Nordberg

Electrolux Home Products Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 23, 2012:

      MINUTE entry before Honorable John A. Nordberg:MOTION by Plaintiffs State Farm Fire and Casualty Company, State Farm Florida Insurance Company, State Farm General Insurance Co, State Farm Lloyds for leave to file To File Its Amended Complaint Instanter [14] is granted without objection.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.