IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY ) <br> COMPANY; STATE FARM GENERAL ) <br> INSURANCE COMPANY; STATE FARM ) <br> LLOYDS; and STATE FARM FLORIDA ) <br> INSURANCE COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ELECTROLUX HOME PRODUCTS, INC., ) <br> ) <br> Defendant. ) | No. 1:11-cv-08946 <br><br> Hon. John A. Nordberg |

**AMENDED COMPLAINT**

Plaintiffs, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY, STATE FARM LLOYDS, AND STATE FARM FLORIDA INSURANCE COMPANY, by their attorneys, GROTEFELD HOFFMANN, SCHLEITER, GORDON & OCHOA, LLP, complains of Defendant, ELECTROLUX HOME PRODUCTS, INC., and for their Amended Complaint, state the following:

**JURISDICTION**

1. The Subject Matter Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332 as Plaintiffs, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY, STATE FARM LLOYDS, AND STATE FARM FLORIDA INSURANCE COMPANY and Defendant, ELECTROLUX HOMES PRODUCTS, INC. are citizens of different states, are diverse parties, and the amount in controversy exceeds $75,000.00.

2. Venue is proper in the Northern District of Illinois pursuant to 28 USC §1391(a)(1) & (a)(3) as the Defendant's registered agent is CT Corporation located in Chicago, Illinois and Defendant does business throughout the State of Illinois and specifically throughout the Northern District.

## PARTIES

3. STATE FARM FIRE AND CASUALTY COMPANY, (hereinafter referred to as "STATE FARM FIRE") is an insurance company licensed in the State of Illinois and engaged in the business of insuring properties throughout the United States including Illinois, with its principal place of business in Bloomington, Illinois.

4. STATE FARM GENERAL INSURANCE COMPANY, (hereinafter referred to as "STATE FARM GENERAL") is an insurance company licensed in the State of California and engaged in the business of insuring properties throughout the State of California, with its principal place of business in Bloomington, Illinois.

5. STATE FARM LLOYDS, (hereinafter referred to as "STATE FARM LLOYDS") is an association of underwriters organized under the laws of the State of Texas and engaged in the business of insuring properties throughout the State of Texas, with its principal place of business in Texas.

6. STATE FARM FLORIDA INSURANCE COMPANY, (hereinafter referred to as "STATE FARM FLORIDA") is an insurance company licensed in the State of Florida and engaged in the business of insuring properties throughout the State of Florida, with its principal place of business in Bloomington, Illinois.

7. Hereinafter the Plaintiffs, STATE FARM FIRE, STATE FARM GENERAL, STATE FARM LLOYDS, and STATE FARM FLORIDA, are all collectively referred to as "STATE FARM".

8. Upon information and belief, ELECTROLUX HOME PRODUCTS, INC. (hereinafter referred to as "ELECTROLUX") is a Delaware corporation with its principal place of business located at 20445 Emerald Parkway S.W., Cleveland, Ohio 44135.

9. Upon information and belief, and at all times relevant, Defendant ELECTROLUX was engaged in the business of designing, manufacturing, and distributing clothes dryers throughout the United States.

## BACKGROUND

10. At all times relevant, the entities or individuals (hereinafter collectively referred to as "State Farm's Insureds") listed in Exhibit A of this Amended Complaint (incorporated by reference into this paragraph 10) either owned or rented homes or buildings located at the corresponding addresses identified on Exhibit A, which homes or buildings were insured by STATE FARM.

11. Fires occurred at the homes or buildings of State Farm's Insureds (hereinafter referred to as the "fire losses") and the date of each fire loss is identified in Exhibit A of this Amended Complaint (incorporated by reference into this paragraph 11).

12. Pursuant to their respective insurance policies, State Farm's Insureds submitted claims to STATE FARM seeking payment and/or reimbursement for property damage that resulted from the aforementioned fire losses.

13. STATE FARM was obligated to and did, in fact, pay over $12,000,000.00 to or on behalf of State Farm's Insureds in connection with the losses submitted by State Farm's Insureds for property damage stemming from the fire losses. The individual payments made by STATE FARM to its Insureds are itemized and listed in Exhibit A of this Amended Complaint (incorporated by reference into this paragraph 13).

## FACTS

14. At various dates and times, State Farm's Insureds purchased clothes dryers and/or purchased or rented homes or buildings equipped with clothes dryers including gas clothes dryers, electric clothes dryers, gas laundry centers, or electric laundry centers (hereinafter collectively referred to as "the clothes dryers").

15. Upon information and belief, the aforementioned clothes dryers were designed, manufactured, distributed, and sold into the stream of commerce by ELECTROLUX.

16. At all relevant times, State Farm's Insureds used the clothes dryers for their intended purpose of drying laundry and used them in a manner reasonably foreseeable by ELECTROLUX.

17. Before the aforementioned fire losses set forth in Exhibit A, lint accumulated inside the clothes dryers set forth in Exhibit A in areas not observable to State Farm's Insureds, and in close proximity to the heat sources of the clothes dryers, either gas burners or electric heating elements, creating an increased risk of fire.

18. The aforementioned clothes dryers ignited and burned in the homes or buildings of State Farm's Insureds, and caused significant fire related property damage. The date of each fire loss, the address of each home/building that sustained property damage, and name of the

corresponding State Farm Insureds are listed in Exhibit A of this Amended Complaint (incorporated by reference into this paragraph 18).

## COUNT I - 
## STRICT LIABILITY

1-18. STATE FARM re-alleges and incorporates paragraphs 1 through 18 for this Count I as if they were set forth and fully pled herein.

19. The clothes dryers were unreasonably dangerous at the time they left the control of ELECTROLUX because:

 a. the clothes dryers were designed and manufactured with a heater pan directly behind the drum and in direct proximity to the heat source, either a gas burner flame or electric heating element, so that lint released by the laundry tumbling in the drum could migrate to and accumulate behind the drum and in the heater pan where it could be ignited by the heat source of the clothes dryer;

 b. the clothes dryers were designed and manufactured with a combustible plastic air duct directly below the drum and combustible plastic blower housing adjacent to that air duct, which combustible plastic components accumulate combustible lint released by the laundry tumbling in the drum;

 c. the clothes dryers were designed and manufactured so that particles of lint that accumulate and ignite behind the drum and within the heater pan can travel into and through the drum and thereby ignite the additional lint that has accumulated within the combustible plastic air duct and blower housing and/or the laundry load that has been dried in the drum;

 d. the clothes dryers were designed and manufactured in a manner that accumulates lint in areas within the clothes dryer that are not visible to the user unless the clothes dryer cabinet is dismantled and clothes dryer drum is removed;

 e. the clothes dryers were designed and manufactured in a manner that accumulates lint in areas within the clothes dryer in areas that are not serviceable by the homeowner;

    f.   the clothes dryers were designed and manufactured with combustible plastic components within which plastic components it was foreseeable that lint would accumulate and ignite;

    g.   the clothes dryers were designed and manufactured without adequate warning to the user that lint can accumulate and ignite in areas behind the drum and within the combustible plastic air duct and/or blower housing, which areas are not visible to or serviceable by the user;

    h.   the clothes dryers were designed and manufactured without adequate warnings that lint can accumulate and ignite in areas behind the drum and within the combustible plastic air duct and/or blower housing, which areas are not visible to or serviceable by the user;

    i.   the clothes dryers were designed and manufactured without any warning contained on the clothes dryer that lint can accumulate and ignite in areas behind the drum and within the combustible plastic air duct and/or blower housing, which areas are not visible to or serviceable by the user;

    j.   the clothes dryers were designed and manufactured with front drum seals that failed to seal the drum from the surrounding cabinet and thereby promoted the accumulation of lint behind the drum and in the heater pan where it could be ignited by the heat source of the clothes dryer.

20. As a direct and proximate result of one or more of the aforementioned defective and unreasonably dangerous conditions, the clothes dryers ignited and burned in the homes/buildings of State Farm's Insureds causing significant fire related property damage.

21. Pursuant to the provisions of the policies of insurance issued to its Insureds by STATE FARM, STATE FARM paid to or on behalf of their Insureds sums in excess of Twelve Million Dollars ($ 12,000,000.00) to repair or replace damaged or destroyed property and otherwise compensate their Insureds for losses sustained as the result of said fire damage.

22. By virtue of said payments, terms of said policies of insurance, and by virtue of equity, STATE FARM has become and is subrogated to all rights, remedies, and causes of action accruing to their Insureds and against the Defendant, ELECTROLUX.

WHEREFORE, Plaintiffs, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY, STATE FARM LLOYDS, AND STATE FARM FLORIDA INSURANCE COMPANY, respectfully requests that judgment be entered in their favor and against Defendant, ELECTROLUX HOME PRODUCTS, INC. on this Count I, in an amount exceeding Twelve Million dollars ($12,000,000.00) together with costs, interest and any other relief the Court deems equitable and just.

## COUNT II
## NEGLIGENCE

1-18. STATE FARM re-alleges and incorporates paragraphs 1 through 18 for this Count II as if they were set forth and fully pled herein.

19. At all times relevant, ELECTROLUX had a duty to exercise reasonable care in the design, manufacture, and distribution of the aforementioned clothes dryers.

20. Upon information and belief, ELECTROLUX breached its duty of care by, among other things, negligently designing, manufacturing, testing, inspecting and distributing the clothes dryers at issue in this case.

21. Upon information and belief, ELECTROLUX's negligent acts and omissions include, but are not limited to:

    a. Carelessly and negligently designed and manufactured the clothes dryers with a heater pan directly behind the drum and in direct proximity to the heat source of the clothes dryer, a gas burner flame, so that lint released by the laundry tumbling in the drum could migrate to and accumulate behind the drum and in the heater pan where it could be ignited by the heat source of the clothes dryer;

b.  Carelessly and negligently designed and manufactured the clothes dryers with a combustible plastic air duct directly below the drum and a combustible plastic blower housing adjacent to that air duct, which combustible plastic components accumulate combustible lint released by the laundry tumbling in the drum;

c.  Carelessly and negligently designed and manufactured the clothes dryers so that particles of lint that accumulate and ignite within the heater pan can travel into and through the drum and thereby ignite the additional lint that has accumulated within the combustible plastic air duct and blower housing and/or the laundry load that has been dried in the drum;

d.  Carelessly and negligently designed and manufactured in a manner that accumulates lint in areas within the clothes dryer that are not visible to the user unless the clothes dryer cabinet is dismantled and clothes dryer drum is removed;

e.  Carelessly and negligently designed and manufactured the clothes dryer in a manner that lint accumulates in areas within the clothes dryer that are not serviceable by the user;

f.  Carelessly and negligently designed and manufactured the clothes dryer with combustible plastic components, within which components it was foreseeable that lint would accumulate and ignite a fire;

g.  Carelessly and negligently designed and manufactured the clothes dryer without conducting any lint accumulation tests;

h.  Carelessly and negligently designed and manufactured the clothes dryer without conducting any fire risk studies on the design of the product;

i.  Carelessly and negligently failed to advise or instruct appliance service personnel of a need to dismantle the clothes dryer and to remove lint from behind the dryer drum and from within the combustible plastic air duct and blower housing;

j.  Carelessly and negligently designed and manufactured the clothes dryers without adequate warning to the user that lint can accumulate and ignite in areas behind the drum and within the combustible plastic air duct and/or blower housing, which areas are not visible to or serviceable by the user;

k.  Carelessly and negligently designed and manufactured the clothes dryers without any warnings contained on the clothes dryer that lint can accumulate and ignite in areas behind the drum and within the combustible plastic air duct and /or blower housing, which areas are not visible to or serviceable by the user;

    l.    Carelessly and negligently designed and manufactured the clothes dryers with front drum seals that failed to seal the drum from the surrounding cabinet and thereby promoted the accumulation of lint behind the drum and in the heater pan where it could be ignited by the heat source of the clothes dryer.

22.    As a direct and proximate result of one or more of ELECTROLUX's negligent acts or omissions, the clothes dryers ignited and burned in the homes/buildings of State Farm's Insureds, causing significant related property damage.

23.    Pursuant to the provisions of the policies of insurance issued to its Insureds by STATE FARM, STATE FARM paid to or on behalf of their Insureds sums in excess of Twelve Million Dollars ($ 12,000,000.00) to repair or replace damaged or destroyed property and otherwise compensate their Insureds for losses sustained as the result of said fire damage.

24.    By virtue of said payments, terms of said policies of insurance, and by virtue of equity, STATE FARM has become and is subrogated to all rights, remedies, and causes of action accruing to their Insureds and against the Defendant, ELECTROLUX.

WHEREFORE, the Plaintiffs, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY, STATE FARM LLOYDS, AND STATE FARM FLORIDA INSURANCE COMPANY, respectfully requests that judgment be entered in their favor and against Defendant, ELECTROLUX HOME PRODUCTS, INC. on this Count II, in an amount exceeding Twelve Million dollars ($12,000,000.00) together with costs, interest and any other relief the Court deems equitable and just.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY;
STATE FARM GENERAL INSURANCE COMPANY;
STATE FARM LLOYDS INSURANCE COMPANY;
AND STATE FARM FLORIDA INSURANCE
COMPANY,


By: s/William J. Hoffmann_____
     William J. Hoffmann



Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy – 6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER, SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com

| State Farm Entity | Insured | Claim Number | State of Loss | Location of Loss | Amount of Loss (w/o Deductible) | Deductible | Date of Loss |
|---|---|---|---|---|---|---|---|
| State Farm General Insurance Company | 148 S. Crescent | 75-M595-578 | CA | 128 S. Crescent Drive, Beverly Hills, CA | $421,411.00 | | 8/2/2010 |
| State Farm Fire and Casualty Company | 6707-6709 N. Seely Condo Assoc. | 13-B325-587 | IL | 6707-6709 N. Seeley, Chicago, IL | $43,286.00 | $1,000.00 | 12/23/2008 |
| State Farm Fire and Casualty Company | Abel, Louis | 20-N047-152 | MD | 3402 Resh Mill RD, Unit A, Hampstead, MD: Companion Claim: Jennifer McDaniel | $6,461.76 | $1,000.00 | 4/8/2011 |
| State Farm Fire and Casualty Company | Acklen, Madge | 13-B418-087 | IL | 724 N. High Street, Paris, IL | $13,188.25 | $500.00 | 9/15/2010 |
| State Farm Fire and Casualty Company | Adair, Kelly | 13-B433-582 | IL | 3600 Sangamon Street Steger, IL 60475 | $2,980.10 | $1,000.00 | 1/30/2011 |
| State Farm Fire and Casualty Company | Adkins, Roy | 04-E156-285 | AR | 5511 Sonora Drive, N. Little Rock, AR | $29,171.25 | $500.00 | 4/25/2011 |
| State Farm Fire and Casualty Company | Alheli, Sabah | 13-B390-668 | IL | 2287 Dawson Lane Algonquin, IL 60102 | $55,038.03 | $500.00 | 4/9/2010 |
| State Farm Lloyds | Applegate, Steve | 43-F006-217 | TX | 394 County Road 1310, Pittsburg, TX | $5,606.53 | $1,364.00 | 12/28/2010 |
| State Farm General Insurance Company | Baarsch, Robert | 05-M498-179 | CA | 619 Joseph Street, Ukiah, CA | $2,816.28 | | 3/8/2011 |
| State Farm Fire and Casualty Company | Bailey, Albert | 13-B434-652 | IL | 131 Fairmont Avenue Lockport, IL 60441 | $5,604.07 | $500.00 | 2/11/2011 |
| State Farm Fire and Casualty Company | Baker, Thomas | 23-L333-818 | MN | 15865 Xeon St. NW, Andover, MN | $39,073.08 | $1,000.00 | 3/24/2010 |
| State Farm Fire and Casualty Company | Barkefelt, Paul | 38-P997-475 | PA | 1134 Township Dr., Uniontown, PA | $3,791.90 | $1,000.00 | 5/11/2010 |
| State Farm Fire and Casualty Company | Belser, Gretta | 01-Q285-627 | AL | 4121 50th Ave North Birmingham, AL 35217 | $7,220.69 | $2,000.00 | 10/31/2010 |
| State Farm Fire and Casualty Company | Benitez, Nelson | 32-K176-857 | NY | 19 Nicoll Avenue, Central Islip, NY | $120,229.62 | $1,000.00 | 6/1/2010 |
| State Farm Fire and Casualty Company | Berkowitz, Andrew | 32-K167-348 | NY | 110 Riverside Dr., Apt. 4C, New York, NY | $296,274.89 | $1,000.00 | 1/15/2011 |
| State Farm Fire and Casualty Company | Birkmann, Robert | 13-B369-859 | IL | 649 Settlement Dr., Maple Park, IL | $18,731.01 | $500.00 | 10/17/2009 |
| State Farm Fire and Casualty Company | Bluestein, Keith | 32-K192-942 | NY | 5 Findley Drive, E. Northport, NY | $82,940.47 | $500.00 | 4/19/2011 |
| State Farm Fire and Casualty Company | Boie, Kenneth | 23-L356-993 | MN | 1890 Legacy Ln, Chaska, MN | $10,905.88 | $1,000.00 | 3/26/2011 |
| State Farm Fire and Casualty Company | Botting, Wade | 47-M196-405 | WA | 20334 170th Ave. NE, Duvall, WA | $36,942.73 | $500.00 | 6/14/2009 |
| State Farm Fire and Casualty Company | Boulch, Kathleen | 13-B316-055 | IL | 87 Park Street, Oswego, IL | $19,832.17 | $500.00 | 10/5/2008 |
| State Farm General Insurance Company | Boykins, Takesha | 75-M601-564 | CA | 345 E. 159th, Gardena, CA | $1,187.86 | | 9/18/2010 |
| State Farm Fire and Casualty Company | Brewster, Jayeson | 22-M455-958 | MI | 2770 E. Wattles Road Troy, MI 48085 | $43,445.67 | $1,000.00 | 1/8/2010 |
| State Farm Fire and Casualty Company | Britvich, Karen | 13-B399-021 | IL | 648 Niagara Drive Bolingbrook, IL 60440 | $183,424.97 | $500.00 | 5/31/2010 |
| State Farm Fire and Casualty Company | Brown, Kip | 22-M480-322 | MI | 29161 Yorkshire Ln, Warren, MI | $110,009.67 | $500.00 | 12/22/2010 |
| State Farm General Insurance Company | Brown, Peter | 75-M613-275 | CA | 5327 Sharynne Lane, Torrance, CA | $202,920.28 | | 1/11/2011 |
| State Farm General Insurance Company | Brown, Shermain | 75-M625-245 | CA | 3341 Pasadena Ave., Apt. 31, Long Beach, CA | $29,101.86 | | 5/6/2011 |
| State Farm Fire and Casualty Company | Buchman, Brent | 23-L330-817 | MN | 18113 Echo Terrace, Farmington, MN | $51,273.56 | $2,351.00 | 1/26/2010 |
| State Farm Fire and Casualty Company | Burdett, Cheryl | 14-G060-101 | IN | 415 Shorewood Ct., Valparaiso, IN | $112,356.96 | $1,000.00 | 2/20/2010 |
| State Farm Fire and Casualty Company | Burgess, Timothy | 46-D633-167 | VA | 203 W. Bowen Street, Remington, VA | $12,066.46 | $1,000.00 | 11/3/2010 |
| State Farm Fire and Casualty Company | Bush, William | 52-D279-300 | NY | 163 5th Avenue, 2nd Floor, Troy, NY | $26,287.20 | $500.00 | 8/11/2010 |
| State Farm Fire and Casualty Company | Camantigue, Romeo | 28-Y108-035 | NV | 3841 Bayamon Street, Las Vegas, NV | $54,530.37 | $1,000.00 | 12/14/2010 |
| State Farm Fire and Casualty Company | Cardona, Robert | 19-A035-725 | ME | 32 Wyoming Avenue Portland, ME 04103 | $19,723.38 | $500.00 | 2/6/2011 |
| State Farm Fire and Casualty Company | Carver, Stacy | 30-P224-894 | NJ | 24 Alpine Lane, West Milford, NJ | $11,614.44 | $1,000.00 | 1/9/2011 |

| Company | Name | Policy | State | Address | Amount | Deductible | Date |
|---|---|---|---|---|---|---|---|
| State Farm Fire and Casualty Company | Castillo, Angelo | 13-B388-148 | IL | 2580 Foxfield Rd Ste 201, St. Charles, IL 60174 | $12,958.11 | $2,450.00 | 3/18/2010 |
| State Farm Fire and Casualty Company | Castro, Juan | 11-L398-839 | GA | 2550 Cumberland Blvd. SE, Apt. 201, Smyrna, GA | $603.46 | $500.00 | 9/30/2010 |
| State Farm Fire and Casualty Company | Cessna, Ryan | 38-Q006-074 | PA | 16850 Reagan Dr., Shrewsbury, PA | $8,574.26 | $1,000.00 | 7/17/2010 |
| State Farm Florida Insurance Company | Childers, Thomas | 59-D309-430 | FL | 12878 Timber Ridge Dr., Fort Myers, FL | $49,989.00 | $1,000.00 | 12/28/2010 |
| State Farm Fire and Casualty Company | Clark, Shannon | 16-R557-050 | KS | 1332 N. Brunswick Ct., Wichita, KS | $6,549.34 | $500.00 | 6/9/2010 |
| State Farm General Insurance Company | Cohen, Mark | 05-M497-320 | CA | 1039 Elsinore Ave., Oakland, CA | $37,426.01 | | 2/22/2011 |
| State Farm Lloyds | Connor, Adam & Mary | 53-033K-008 | TX | 11701 Fence Post Rtail, Austin, TX | $12,811.25 | $500.00 | 8/11/2011 |
| State Farm Fire and Casualty Company | Cooper, Ozell | 52-D268-101 | NY | 205 Elk Street, Syracuse, NY | $6,106.93 | $500.00 | 12/12/2009 |
| State Farm Fire and Casualty Company | Copeland, Patricia | 15-E143-333 | IA | 21002 277th Avenue, LeClaire, IA | $55,047.57 | $500.00 | 8/12/2011 |
| State Farm Fire and Casualty Company | Crane, Theresa | 25-J431-316 | MO | 2022 Golden Glade Trail, Osage Beach, MO | $119,288.94 | $1,000.00 | 7/19/2011 |
| State Farm Fire and Casualty Company | Currie, Brenda | 42-B278-180 | TN | 7855 Windy Willow Road, Memphis, TN | $146,146.72 | $1,630.00 | 10/29/2010 |
| State Farm Fire and Casualty Company | Dean, Keven | 13-B436-048 | IL | 1000 Charles Street Rock Falls, IL 61071 | $15,285.61 | $1,000.00 | 2/21/2011 |
| State Farm Fire and Casualty Company | Decker, Dennis | 22-M456-708 | MI | 2425 Riverview Court Wayne, MI 48184 | $214,935.43 | $1,000.00 | 1/20/2010 |
| State Farm General Insurance Company | Desantis, Jeffrey | 75-M589-964 | CA | 2611 Circle Dr., Newport Beach, CA | $30,021.03 | | 6/3/2010 |
| State Farm Fire and Casualty Company | Dietz, Eddie | 14-G072-357 | IN | 4914 Big Cynthiana Rd., Evansville, IN | $37,151.25 | $500.00 | 8/7/2010 |
| State Farm Fire and Casualty Company | Doogan, Kelly | 13-B288-508 | IL | 17031 Cheyenne Court, Lockport, IL | $68,220.71 | $500.00 | 4/19/2008 |
| State Farm Fire and Casualty Company | Doty, Michelle | 13-B422-911 | IL | 1408 Fox Hound Trl Beecher, IL 60401 | $73,000.89 | $500.00 | 10/22/2010 |
| State Farm Fire and Casualty Company | Dowling, Rosalyn | 14-G079-805 | IN | 7405 S. Woodrow Dr., Pendelton, IN | $38,665.09 | $1,000.00 | 12/8/2010 |
| State Farm Fire and Casualty Company | Duffy, Allan | 23-L301-531 | MN | 5448 188th Avenue Wyoming, MN 55092 | $401,265.72 | $1,000.00 | 9/9/2008 |
| State Farm General Insurance Company | Dugan, Elizabeth | 55-E105-625 | CA | 642 Ocean Lane, Apts. 1-18, Imperial Beach, CA | $733,842.11 | | 7/6/2010 |
| State Farm Fire and Casualty Company | Duran, Baldemar | 13-B368-961 | IL | 104 E. Geneva St., West Chicago, IL | $17,888.76 | $1,000.00 | 10/11/2009 |
| State Farm Fire and Casualty Company | Edwards, Laurie | 30-P198-424 | NJ | 9 Bear Hollow Lane, Little Egg Harbour, NJ | $10,597.09 | $500.00 | 7/17/2009 |
| State Farm Fire and Casualty Company | Elmore, Otis | 13-B398-437 | IL | 15956 Ellis Avenue South Holland, IL 60473 | $329,778.80 | $1,000.00 | 6/4/2010 |
| State Farm Lloyds | Epps, Bryan | 43-E897-183 | TX | 800 Ross Avenue, Apt. 2139, Dallas, TX | $15,276.53 | $500.00 | 10/20/2010 |
| State Farm Fire and Casualty Company | Estes, John | 42-B290-014 | TN | 110 Buchanan St., Petersburg, TN | $31,630.82 | $1,000.00 | 3/29/2011 |
| State Farm Fire and Casualty Company | Evans, Carrie | 25-J296-506 | MO | 2662 Elm Drive, Arnold, MO | $98,608.49 | $1,000.00 | 2/18/2010 |
| State Farm Fire and Casualty Company | Evans, William | 35-H376-641 | OH | 4335 Eastway Street, Toledo, OH | $2,075.24 | $1,000.00 | 5/28/2011 |
| State Farm Fire and Casualty Company | Evatt, Jennifer | 13-B271-633 | IL | 23618 W. Chicago St., Plainfield, IL | $421,457.00 | $1,000.00 | 1/12/2008 |
| State Farm Fire and Casualty Company | Featherly, Tracy | 13-B421-375 | IL | 1616 Cascade Ridge Dr Plainfield, IL 60586 | $210,196.48 | $1,000.00 | 10/14/2010 |
| State Farm Fire and Casualty Company | Fergus, Therese | 30-P219-696 | NJ | 86 Appletree Road, Berkeley Hgts, NJ | $31,939.97 | $100.00 | 9/6/2010 |
| State Farm Fire and Casualty Company | Figueroa, Jorge | 13-B434-898 | IL | 226 Fletcher Dr Wheeling, IL 60090 | $198,245.98 | $500.00 | 2/12/2011 |
| State Farm Fire and Casualty Company | Fitzpatrick, Robert | 35-H358-117 | OH | 4959 Western Hills Avenue, Cincinnati, OH | $74,364.96 | $500.00 | 12/28/2010 |
| State Farm Fire and Casualty Company | Flank, Joel | 13-B420-227 | IL | 1633 Orchard Avenue Schaumburg, IL 60193 | $83,845.35 | $500.00 | 10/5/2010 |
| State Farm General Insurance Company | Franconi, Thomas | 55-E064-177 | CA | 2807 Sothebys Court, Bakersfield, CA | $101,495.42 | | 1/17/2009 |

| Company | Name | Policy | State | Address | Amount | Deductible | Date |
|---|---|---|---|---|---|---|---|
| State Farm Fire and Casualty Company | Franklin, Charles | 13-B431-976 | IL | 4417 Farmington Ave. Richton Pk, IL 60471 | $5,971.45 | $500.00 | 1/13/2011 |
| State Farm Fire and Casualty Company | Gallowitch, Robert | 14-G080-325 | IN | 1652 Blue Heron Drive, Valparaiso, IN | $75,810.47 | $1,000.00 | 12/22/2010 |
| State Farm Fire and Casualty Company | Gancarczyk, Janusz | 13-B386-543 | IL | 14217 Mallard Drive Orland Park, IL 60467 | $19,676.24 | $1,000.00 | 3/4/2010 |
| State Farm Lloyds | Gee, Alice | 53-F664-990 | TX | 3780 Tanglewilde St., Apt. 610, Houston, TX | $16,451.86 | $500.00 | 7/7/2011 |
| State Farm Fire and Casualty Company | George, Shirley | 36-F659-452 | OK | 2304 Laneway Dr., Oklahoma City, OK (companion to Kenneth Hale 36-F659-600) | $3,250.81 | $1,000.00 | 11/3/2010 |
| State Farm General Insurance Company | Gersh, Bruce | 75-M572-305 | CA | 13919 Weddington Street, Sherman Oaks, CA | $34,461.43 | | 12/16/2009 |
| State Farm Fire and Casualty Company | Gilreath, William | 24-Q150-452 | MS | 131 Bridgewater Xing, Ridgeland, MS | $51,081.03 | $2,000.00 | 2/14/2010 |
| State Farm Fire and Casualty Company | Gimre, Steven | 13-B336-271 | IL | 921 Rocky Valley Way, Carol Stream, IL | $6,360.93 | $1,000.00 | 3/24/2009 |
| State Farm Fire and Casualty Company | Glassford, William | 14-G062-635 | IN | 1305 Lincoln Street, Hobart, IN | $252,505.08 | $1,000.00 | 4/8/2010 |
| State Farm Fire and Casualty Company | Gran, Philip | 30-P204-171 | NJ | 19 Avenue F, Monroe Township, NJ | $16,418.51 | $500.00 | 11/28/2009 |
| State Farm Fire and Casualty Company | Green, Danita | 49-F320-443 | WI | 3609 N. 41st St., Milwaukee, WI | $2,212.92 | $1,738.00 | 9/7/2009 |
| State Farm Fire and Casualty Company | Green, Douglas | 23-L331-657 | MN | 11126 Stonemill Farms Curve Woodbury, MN 55129 | $105,483.69 | $1,813.00 | 2/17/2010 |
| State Farm Fire and Casualty Company | Greenwald, Andrew | 13-B401-119 | IL | 340 W. Superior St. Apt. 804 Chicago, IL 60654 | $6,784.41 | $500.00 | 6/18/2010 |
| State Farm Fire and Casualty Company | Gurjack, Matthew | 22-M496-888 | MI | 35502 Marrocco Street, Clinton Twp., MI | $108,908.18 | $500.00 | 9/16/2011 |
| State Farm Fire and Casualty Company | Gustaitis, John | 13-B414-705 | IL | 8 Vincent Court Naperville, IL 60565 | $99,136.97 | $1,000.00 | 8/26/2010 |
| State Farm Fire and Casualty Company | Hale, Kenneth | 36-F659-600 | OK | 2304 Laneway Dr., Oklahoma City, OK (companion to Shirley George, 36-F659-452) | $12,676.77 | $500.00 | 11/3/2010 |
| State Farm Fire and Casualty Company | Hall, Ernest | 13-B439-905 | IL | 5 Wayne Court Park Forest, IL 60466 | $39,567.96 | $1,000.00 | 3/27/2011 |
| State Farm Fire and Casualty Company | Hammock, Brenda | 04-E155-684 | AR | 103 Vivian Street Hot Springs, AR 71901 | $4,231.65 | $500.00 | 4/11/2011 |
| State Farm Fire and Casualty Company | Hansen, Chebrah | 11-L411-187 | GA | 6697 Bent Creek Dr., Rex, GA | $9,955.87 | $1,850.00 | 1/20/2011 |
| State Farm Fire and Casualty Company | Hargis, Marlon | 42-B293-810 | TN | 183 Jacksonian Drive, Hermitage, TN | $700.00 | $1,000.00 | 5/1/2011 |
| State Farm Lloyds | Hargrove, Margery | 53-F653-002 | TX | 10603 Mills Circle, Houston, TX | $27,277.57 | $500.00 | 2/25/2011 |
| State Farm Lloyds | Harris, Kevin | 43-E877-808 | TX | 5701 Highgate Lane, Rowlett, TX | $61,675.61 | $2,061.00 | 6/24/2010 |
| State Farm Fire and Casualty Company | Harris, Loletha | 13-B435-002 | IL | 2452 Hillsboro Lane Montgomery, IL 60538 | $15,462.94 | $500.00 | 2/13/2011 |
| State Farm General Insurance Company | Hassad, Bretton | 55-E097-589 | CA | 1380 East Washington, Unit 34W, El Cajon, CA | $41,555.00 | | 4/2/2010 |
| State Farm Fire and Casualty Company | Heino, Raymond | 13-B440-768 | IL | 24729 Kingston St., Plainfield, IL | $20,556.88 | $1,000.00 | 4/4/2011 |
| State Farm Fire and Casualty Company | Helphenstine, Steve | 17-E225-729 | KY | 834 Oak Fairway Court Maysville, KY 41056 | $43,820.63 | $1,000.00 | 1/28/2010 |
| State Farm Fire and Casualty Company | Herrick, Jamie | 15-E135-145 | IA | 1417 Belle Ave., Davenport, IA | $9,144.77 | $500.00 | 9/3/2010 |
| State Farm Fire and Casualty Company | Hickory Trace Condo | 17-E224-483` | KY | 8832 Moody Road Unit 201 Crestwood, KY 40223 | $12,721.09 | $2,500.00 | 12/21/2009 |
| State Farm Fire and Casualty Company | Houser, Leonard | 40-D187-045 | SC | 351 Reynolds Road, Pinewood, SC | $16,338.75 | $500.00 | 1/20/2009 |
| State Farm Lloyds | Hudson, Ashton | 43-F042-453 | TX | 907 Village Parkway, Coppell, TX | $22,186.41 | $2,500.00 | 9/15/2011 |
| State Farm Fire and Casualty Company | Hussey, Jeff | 25-J293-144 | MO | 1445 Lake Knoll Dr., Lake St. Louis, MO | $71,472.24 | $2,944.00 | 12/4/2009 |

| Company | Name | Policy | State | Address | Amount | Fee | Date |
|---|---|---|---|---|---|---|---|
| State Farm Fire and Casualty Company | Imel, Wanda | 14-G067-548 | IN | 8310 W. Kent Blakenship St., Madison, IN | $9,202.78 | $500.00 | 6/14/2010 |
| State Farm Fire and Casualty Company | Jackson, Douglas | 35-H358-392 | OH | 5535 N. Glen Road, Cincinnati, OH | $51,935.24 | $1,000.00 | 1/2/2011 |
| State Farm Fire and Casualty Company | Jindra, Theodore | 35-H317-100 | OH | 5019 Whetstone Circle, Brunswick, OH | $142,748.41 | $500.00 | 1/29/2010 |
| State Farm Fire and Casualty Company | Johnson, Kathy | 01-Q276-337 | AL | 2601 Southbury Circle Vestavia, AL 35216 | $9,886.19 | $1,490.00 | 6/12/2010 |
| State Farm Fire and Casualty Company | Johnson, Sharkey | 13-B396-248 | IL | 18020 John Avenue Country Club Hills, IL 60478 | $76,571.30 | $1,000.00 | 5/15/2010 |
| State Farm General Insurance Company | Jones, Benjamin | 55-E093-364 | CA | 3547 Sophia Way, Sacramento, CA | $347,395.40 | | 2/8/2010 |
| State Farm Fire and Casualty Company | Jones, Damon | 22-M437-584 | MI | 22161 Marlow Street Oak Park, MI 48237 | $61,408.15 | $1,000.00 | 5/17/2009 |
| State Farm Fire and Casualty Company | Jones, Donald | 30-P178-561 | NJ | 19 Elm Place Bellmawr, NJ 08031 | $31,504.76 | $250.00 | 4/11/2008 |
| State Farm Fire and Casualty Company | Judd, Colette | 42-B223-749 | TN | 122 Dana Drive, Hendersonville, TN | $1,232.16 | $500.00 | 5/17/2009 |
| State Farm Fire and Casualty Company | Jumper, Shawn Hervey | 22-062F-948 | MI | 3164 Promenade Circle, Ann Arbor, MI | $17,221.58 | $500.00 | 11/22/2011 |
| State Farm Fire and Casualty Company | Keburis, Al | 13-B433-500 | IL | 9610 S. Kedzie Ave. Evergreen Pk, IL 60805 | $20,420.15 | $500.00 | 1/28/2011 |
| State Farm General Insurance Company | Kelly, Robert | 55-E121-670 | CA | 1251 Dexter Place, Escondido, CA | $33,612.22 | | 1/27/2011 |
| State Farm Fire and Casualty Company | Ketchum, Vicki | 14-G062-559 | IN | 6803 Devinney Ln., Indianapolis, IN | $148,036.63 | $500.00 | 4/2/2010 |
| State Farm General Insurance Company | Kha, Jimmy | 75-M612-245 | CA | 862 W. Mabel Avenue Monterey Park, CA 91754 | $8,368.56 | | 1/3/2011 |
| State Farm Fire and Casualty Company | King, Melissa | 13-B429-632 | IL | 2428 Hanbury Lane Montgomery, IL 60538 | $42,710.95 | $500.00 | 12/22/2010 |
| State Farm General Insurance Company | Kligerman, Morton | 55-E095-866 | CA | 5861 Oceanview Ridge Lane, San Diego, CA | $306,893.63 | | 3/12/2010 |
| State Farm General Insurance Company | Korlander, Karen | 75-M603-171 | CA | 4431 Gates Head Bay, Oxnard, CA | $15,883.34 | | 8/10/2010 |
| State Farm Fire and Casualty Company | Krevonick, Sandra | 46-D650-104 | VA | 9159 Odey Drive, Mechanicsville, VA | $7,821.99 | $1,000.00 | 7/15/2011 |
| State Farm Fire and Casualty Company | Krumrie, Homer | 13-B385-361 | IL | 126 Scarlet Drive Manteno, IL 60950 | $2,580.48 | $500.00 | 2/21/2010 |
| State Farm Fire and Casualty Company | Kurtich, Jason | 42-B307-707 | TN | 1274 Cloverdale Drive, Clarksville, TN | $16,662.03 | $500.00 | 10/30/2011 |
| State Farm Fire and Casualty Company | Lacerba, Matthew | 13-B438-626 | IL | 956 Neuway Lane Antioch, IL 60002 | $124,552.54 | $1,000.00 | 3/16/2011 |
| State Farm Fire and Casualty Company | Lagunas, Jose | 13-B373-674 | IL | 507 47th Avenue Bellwood, IL 60104 | $111,966.41 | $500.00 | 11/9/2009 |
| State Farm General Insurance Company | Lam, Michael | 75-M593-271 | CA | 460 N. Harper Avenue, Los Angeles, CA | $682.87 | | 7/11/2010 |
| State Farm Fire and Casualty Company | Lananna, Frank | 32-K189-276 | NY | 139 Wirt Avenue, Staten Island, NY | $8,795.74 | $500.00 | 2/4/2011 |
| State Farm Fire and Casualty Company | Larkin, Mike | 49-02V2-328 | WI | 2085 Lost Dauphin Road, De Pere, WI | $606.94 | $1,345.00 | 10/21/2011 |
| State Farm Fire and Casualty Company | Latowicz, Gregory | 13-B336-212 | IL | 686 Savannah Lane Crystal Lake, IL 60014 | $31,198.44 | $500.00 | 3/18/2009 |
| State Farm General Insurance Company | Lawson, Alicia | 05-M496-839 | CA | 8651 N. Woodrow Avenue, Fresno, CA | $31,787.15 | | 2/18/2011 |
| State Farm Fire and Casualty Company | Lay, Phillip | 35-H365-576 | OH | 9598 Mount Nebo Rd., North Bend, OH | $1,578.94 | $500.00 | 3/6/2011 |
| State Farm Fire and Casualty Company | Lee, Russell | 11-L390-093 | GA | 568 Ansley Way, Evans, GA | $13,668.69 | $500.00 | 8/1/2010 |
| State Farm Fire and Casualty Company | Lenderman, Steve | 22-M456-908 | MI | 1257 Priscilla Lane Rochester Hills, MN 48309 | $165,992.14 | $500.00 | 1/24/2010 |
| State Farm Lloyds | Lenzy, Adam | 43-F025-463 | TX | 7303 Hardwood Trail, Dallas, TX | $42,103.42 | $1,243.00 | 5/2/2011 |
| State Farm Fire and Casualty Company | Lewis, Denise | 11-L414-610 | GA | 214 Lewis Street, Statesboro, GA | $169,776.18 | $1,000.00 | 2/23/2011 |
| State Farm Fire and Casualty Company | Light, David | 13-B377-403 | IL | 5303 Riveria Blvd., Plainfield, IL 60586 | $30,393.77 | $500.00 | 12/10/2009 |
| State Farm General Insurance Company | Long, John | 05-M495-165 | CA | 707 Roscommon Drive, Vacaville, CA | $13,850.53 | | 1/21/2011 |

| Company | Insured | Policy # | State | Address | Loss | Deductible | Date |
|---|---|---|---|---|---|---|---|
| State Farm Fire and Casualty Company | Lynn, Carole | 33-D629-722 | NC | 213 Morgan Street SE, Valdese, NC (Carole is owner of rental) | $10,238.06 | $1,000.00 | 5/20/2011 |
| State Farm Fire and Casualty Company | Marrow, Latisha | 22-M445-233 | MI | 9945 Prest Street Detroit, MI 48227 | $23,618.94 | $500.00 | 8/11/2009 |
| State Farm Fire and Casualty Company | McClanahan, Ruth | 20-N014-088 | MD | 707 Reynolds Drive Stevensville, MD 21666 | $5,174.42 | $500.00 | 12/8/2009 |
| State Farm Fire and Casualty Company | McDaniel, Jennifer | 20-N047-127 | MD | 3390 Resh Mill RD, Unit # A, Hampstead, MD 21074 | $11,816.36 | $500.00 | 4/8/2011 |
| State Farm Fire and Casualty Company | McDaniel, Sandra | 40-D235-065 | SC | 104 Pleasant Dale Court, Fountain Inn, SC | $26,289.35 | $1,000.00 | 7/6/2011 |
| State Farm Fire and Casualty Company | McGillen, Sinead | 32-K164-289 | NY | 5134 64th Street, Woodside, NY | $40,138.86 | $1,000.00 | 10/29/2009 |
| State Farm Fire and Casualty Company | McGuffy, Walter | 11-L380-079 | GA | 2115 Michael Court, Monroe, GA | $134,592.47 | $1,000.00 | 6/4/2010 |
| State Farm Fire and Casualty Company | McNish, Shukura | 11-L381-003 | GA | 412 Alexander St., Thomasville, GA | $24,310.52 | $500.00 | 6/9/2010 |
| State Farm Fire and Casualty Company | McWade, William | 13-B433-682 | IL | 313 S. Ottawa Street Earlville, IL 60518 | $17,529.20 | $500.00 | 1/31/2011 |
| State Farm Fire and Casualty Company | Meenan, Thomas | 38-Q000-975 | PA | 3046 Miller Street, Phila, PA | $12,223.21 | $500.00 | 6/8/2010 |
| State Farm Fire and Casualty Company | Melendez, Michael | 22-M481-090 | MI | 1460 Kings Cove Drive Rochester Hills, MI 48306 | $49,632.51 | $500.00 | 1/5/2011 |
| State Farm Fire and Casualty Company | Mercier, Jerry | 22-M476-101 | MI | 1776 Maryland Blvd., Birmingham, MI | $51,843.26 | $1,000.00 | 10/10/2010 |
| State Farm Fire and Casualty Company | Metcalf, Patrick | 13-B418-636 | IL | 1527 Logan Street, Schaumburg, IL | $6,502.78 | $1,000.00 | 9/18/2010 |
| State Farm Fire and Casualty Company | Meyer, George | 23-L346-074 | MN | 12008 Jefferson St. NE, Blaine, MN | $46,091.38 | $500.00 | 10/20/2010 |
| State Farm Fire and Casualty Company | Minor, Kevin | 25-J419-870 | MO | 7303 NW Locust Dr., Parkville, MO | $17,026.76 | $500.00 | 1/1/2011 |
| State Farm Fire and Casualty Company | Morlan, Richard | 13-B437-180 | IL | 68 Briarcliff Lane Bourbonnais, IL 60914 | $249,657.66 | | 3/2/2011 |
| State Farm General Insurance Company | Morningside Villas HOA | 75-M571-020 | CA | 10341 Canoga Ave., Apt. 5, Chatsworth, CA | $3,298.21 | | 12/5/2009 |
| State Farm Fire and Casualty Company | Munar, Moses | 37-J156-790 | OR | 78880 Dickenson Dr., Hermiston, OR | $35,381.37 | $500.00 | 1/18/2010 |
| State Farm Fire and Casualty Company | Nee, Phil | 49-F333-433 | WI | 28577 County Highway BA, Richland Center, WI | $27,437.90 | $1,000.00 | 12/3/2010 |
| State Farm Fire and Casualty Company | Newton, Philip | 22-M462-111 | MI | 1149 Hampstead Rd., Essexville, MI | $12,079.49 | $2,000.00 | 4/18/2010 |
| State Farm Fire and Casualty Company | Osburn, Ronald | 13-B434-972 | IL | 14525 S. LaSalle Street Riverdale, IL 60827 | $27,595.55 | $1,000.00 | 2/13/2011 |
| State Farm Fire and Casualty Company | Osterstrom, Jeffrey | 08-N008-237 | DE | 5 Coralberry Dr., Newark, DE | $43,309.63 | $2,117.00 | 5/3/2011 |
| State Farm Fire and Casualty Company | Pearson, Lee | 13-B338-065 | IL | 7419 S. Euclid Street Chicago, IL 60647 | $44,767.53 | $500.00 | 3/30/2009 |
| State Farm Fire and Casualty Company | Peppler, Stanley | 14-G056-853 | IN | 11230 Pine Orchard, Fort Wayne, IN | $223,642.27 | $500.00 | 12/19/2009 |
| State Farm General Insurance Company | Perez, Frank | 55-E065-244 | CA | 942 E. Fesler Street, Santa Maria, CA | $46,417.33 | | 2/3/2009 |
| State Farm Lloyds | Perez, Juan | 53-F652-078 | TX | 3206 Autumn Bridge Lane, Houston, TX | $75,256.84 | $1,500.00 | 2/16/2011 |
| State Farm Fire and Casualty Company | Perkins, Eric | 13-B427-653 | IL | 917 Willow Road Matteson, IL 60443 | $18,654.07 | $500.00 | 12/5/2010 |
| State Farm Fire and Casualty Company | Perreyclear PT Council Owners | 40-D206-362 | SC | Multiple locations | $36,766.60 | $5,000.00 | 3/7/2010 |
| State Farm Fire and Casualty Company | Petric, Cindy | 13-B354-351 | IL | 111 N. Lincoln Street, Braidwood, IL | $67,288.32 | $1,000.00 | 7/8/2009 |
| State Farm Fire and Casualty Company | Popovski, Saso | 22-M489-591 | MI | 47041 S. Fork Dr., Macomb, MI | $22,310.04 | $1,000.00 | 5/13/2011 |
| State Farm Fire and Casualty Company | Powell, Kerrie | 17-E224-512 | KY | 3602 Fincastle Road, Louisville, KY | $30,684.62 | $500.00 | 12/22/2009 |
| State Farm Fire and Casualty Company | Pribyl, Kimberly | 23-L367-364 | MN | 9483 Golden Eagle Court, Monticello, MN | $16,381.76 | $500.00 | 9/5/2011 |
| State Farm Fire and Casualty Company | Punzone, Paul | 52-D268-727 | NY | 1959 Haring Street, Brooklyn, NY | $120,063.24 | $1,000.00 | 12/30/2009 |

| Company | Name | Policy # | State | Address | Amount | Fee | Date |
|---|---|---|---|---|---|---|---|
| State Farm Fire and Casualty Company | Qualls, Bruce | 13-B394-324 | IL | 414 Rachel Circle Romeoville, IL 60446 | $4,604.55 | $500.00 | 5/4/2010 |
| State Farm Fire and Casualty Company | Rabi, Fatima | 13-B440-816 | IL | 10712 Linder Ave., Oak Lawn, IL | $11,410.12 | $500.00 | 4/2/2011 |
| State Farm Fire and Casualty Company | Ragusa, Ralph | 18-A323-588 | LA | 2916 Elizabeth Street Marrero, LA 70072 | $8,570.47 | $601.00 | 2/23/2011 |
| State Farm Fire and Casualty Company | Rather, Bethenia | 17-E234-589 | KY | 410 Mockingbird Valley Road Apt. 8 Louisville, KY 40207 | $24,509.15 | $1,000.00 | 7/30/2010 |
| State Farm Lloyds | Rea, Elsie | 53-F659-552 | TX | 3663 Fairmont Pkwy, Apt. 4301, Pasadena, TX | $11,161.51 | $500.00 | 5/11/2011 |
| State Farm Fire and Casualty Company | Redmond, Lynn | 22-M458-066 | MI | 46254 Royal Drive, Chesterfield, MI | $45,589.82 | $500.00 | 2/13/2010 |
| State Farm Fire and Casualty Company | Regan, Marilyn | 32-K183-969 | NY | 21 Eastover Drive, E. Northport, NY | $49,307.62 | $1,000.00 | 10/21/2010 |
| State Farm Fire and Casualty Company | Rodriguez, Antonio | 13-B442-195 | IL | 1327 Buell Avenue, Joliet, IL | $51,317.11 | $500.00 | 4/15/2011 |
| State Farm Fire and Casualty Company | Rosier, Bruce | 52-D282-293 | NY | 62 Indian Church Rd, Buffalo, NY | $7,590.05 | $500.00 | 10/15/2010 |
| State Farm Fire and Casualty Company | Rygelski, Andrea | 25-J275-614 | MO | 5919 Saddlehorn Ct., St. Charles, MO | $79,464.11 | $500.00 | 1/15/2009 |
| State Farm Fire and Casualty Company | Rykert, Gina Nordenstrom | 32-K167-651 | NY | 8 Mountain View Dr., Northport, NY | $86,572.00 | $1,000.00 | 1/22/2010 |
| State Farm Fire and Casualty Company | Safholm, Glen | 24-Q143-626 | MS | 215 Hartfield Rd., Bldg. D, Hattiesburg, MS | $57,169.18 | $1,000.00 | 6/6/2009 |
| State Farm Fire and Casualty Company | Saleet, Thomas | 35-H364-037 | OH | 5942 Eastview Street, N. Ridgeville, OH | $12,105.02 | $500.00 | 2/28/2011 |
| State Farm General Insurance Company | Santos, Henry | 05-M476-139 | CA | 884 Medford Avenue, Hayward, CA | $4,889.52 | | 3/24/2010 |
| State Farm Fire and Casualty Company | Short, Chelese | 27-E111-210 | NE | 5005 S. 133rd Street, Omaha, NE | $1,451.24 | $500.00 | 10/3/2010 |
| State Farm Fire and Casualty Company | Short, Kenneth | 35-H358-561 | OH | 4524 Shawnray Dr., Apt. 19, Middletown, OH | $65,284.88 | $500.00 | 1/3/2011 |
| State Farm Fire and Casualty Company | Smith, Gary | 47-M209-978 | WA | 8306 36th Avenue, Marysville, WA | $27,559.20 | $500.00 | 5/19/2010 |
| State Farm General Insurance Company | Spivak, Lev | 75-M565-710 | CA | 94 Greenfield, Irvine, CA | $60,250.95 | | 10/8/2009 |
| State Farm Fire and Casualty Company | Stachulak, Sandra | 13-B442-880 | IL | 501 Davison St., Joliet, IL | $22,349.90 | $500.00 | 4/21/2011 |
| State Farm Fire and Casualty Company | Steinz, Ernest | 13-B418-129 | IL | 218 W. 5th Street Spring Valley, IL 61362 | $146,545.49 | $500.00 | 9/15/2010 |
| State Farm Fire and Casualty Company | Stevenson, Charles | 13-B396-914 | IL | 8802 W. 83rd Pl #A Justice, IL 60458 | $17,689.15 | $500.00 | 5/15/2010 |
| State Farm Fire and Casualty Company | Suire, Lorie | 22-M459-865 | MI | 910 Lingle Avenue Owosso, MI 48867 | $8,099.43 | $1,000.00 | 3/16/2010 |
| State Farm Fire and Casualty Company | The Plaza at 14th Street | 11-L411-797 | GA | 259 14th Street NE, Atlanta, GA | $7,576.47 | $3,000.00 | 1/24/2011 |
| State Farm Fire and Casualty Company | Thomas, Priscilla | 40-D200-620 | SC | 226 Stone Ave., Woodruff, SC | $64,877.23 | $500.00 | 11/10/2009 |
| State Farm Lloyds | Thompson, Brandon | 43-E851-592 | TX | 1502 Brenwood Drive, Irving, TX | $141,446.20 | $1,000.00 | 1/6/2010 |
| State Farm Fire and Casualty Company | Thorne, Donald | 13-B383-770 | IL | 575 Heritage Drive, Oswego, IL 60543 | $13,596.69 | $500.00 | 2/3/2010 |
| State Farm Fire and Casualty Company | Thorpe, Richard | 13-B434-949 | IL | 11600 27th Street West Milan, IL 61264 | $8,618.60 | $500.00 | 2/13/2010 |
| State Farm Fire and Casualty Company | Thorpe, Robert | 15-E138-429 | IA | 3247 Bever Circle SE, Cedar Rapids, IA | $13,410.21 | $500.00 | 1/29/2011 |
| State Farm Fire and Casualty Company | Traeger, Mark & Jennifer | 23-03F1-108 | MN | 16 E. 6th Street N, Melrose, MN | $13,199.75 | $1,000.00 | 11/8/2011 |
| State Farm General Insurance Company | Trust, Evelyn Brown | 75-M568-007 | CA | 13254 Crowley St., Granada Hils, CA | $92,815.78 | | 11/2/2009 |
| State Farm Fire and Casualty Company | Vargas, Rafael | 11-L294-715 | GA | 5402 Hedge Creek Lane NW, Acworth, GA | $5,363.64 | $1,000.00 | 11/1/2008 |
| State Farm Fire and Casualty Company | Varner, Patricia | 32-K184-799 | NY | 106 Mirin Avenue, Roosevelt, NY | $302,881.10 | $1,000.00 | 11/12/2010 |
| State Farm Fire and Casualty Company | Veliquette, Rodney | 49-F331-470 | WI | 434-436 Gascoigne Dr., Waukesha, WI | $3,887.17 | $1,000.00 | 10/9/2010 |
| State Farm Fire and Casualty Company | Wajda, John | 13-B445-748 | IL | 5520 115th St., Apt. 502, Oak Lawn, IL | $13,957.32 | $500.00 | 5/14/2011 |

| Company | Name | Policy # | State | Address | Amount | Amount 2 | Date |
|---|---|---|---|---|---|---|---|
| State Farm Lloyds | Walker, R S | 43-F010-442 | TX | 2529 Idlewood Dr., Garland, TX | $27,118.12 | $2,272.00 | 1/27/2011 |
| State Farm Fire and Casualty Company | Weber, Steve | 15-E139-232 | IA | 541 Marlou Pkwy, Des Moines, IA | $47,556.67 | $1,000.00 | 3/14/2011 |
| State Farm Fire and Casualty Company | Wellner, Anne | 02-G036-340 | AK | 5515 E. Cherry Circle Wasilla, AK 99654 | $53,555.28 | $500.00 | 4/24/2010 |
| State Farm General Insurance Company | Wilhite, Paul | 75-M620-170 | CA | 29124 Shorecliff Dr., Lake Elsinore, CA | $145,666.42 | | 3/20/2011 |
| State Farm Fire and Casualty Company | Woodard, George | 46-D645-542 | VA | 29426 Lanier Drive, Meadowview, VA | $3,189.94 | $2,000.00 | 5/17/2011 |
| State Farm Fire and Casualty Company | Wright, Nicolas | 11-0K30-569 | GA | 4624 Blue Iris Way, Oakwood, CA | $13,320.95 | $2,000.00 | 11/2/2011 |
| State Farm Fire and Casualty Company | Yeager, Kevin | 22-M465-112 | MI | 6843 Packer Dr NE Belmont, MI 49306 | $53,624.67 | $500.00 | 5/28/2010 |
| State Farm Fire and Casualty Company | Youel, Charles | 23-L347-479 | MN | 3849 Aldrich Ave. S, Minneapolis, MN | $27,744.64 | $1,318.00 | 11/15/2010 |
| State Farm Fire and Casualty Company | Zeigler, Dawn | 42-B259-934 | TN | 567 Highcrest Dr., Nashville, TN | $61,833.74 | $1,000.00 | 5/13/2010 |
| State Farm Fire and Casualty Company | Ziegler, Charity | 13-B426-0393 | IL | 433 E. 9th Street Lockport, IL 60441 | $109,728.40 | $1,000.00 | 11/24/2010 |
| State Farm Fire and Casualty Company | Ziegler, Danielle (Companion to Charity Ziegler) | 13-B426-428 | IL | 318-1/2 Marigold Place Joliet, IL 60433 | $38,452.57 | $1,000.00 | 11/23/2010 |
| State Farm Fire and Casualty Company | Zukowski, Garrie & Darlene | 32-K184-922 | NY | 58 Rumson Road, Staten Island, NY | $36,216.01 | $500.00 | 11/15/2010 |
| **TOTAL:** | | | | | **$12,768,795.09** | **$165,937.00** | |