## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ELECTROLUX HOME PRODUCTS, INC., | ) ) ) |
| Defendant. | ) |

No. 1:11-CV-08946
Honorable John A. Nordberg

## CERTIFICATE OF SERVICE

To:    Michael J. Summerhill
       Matthew J. Kramer
       Freeborn & Peters
       311 South Wacker Drive, Suite 3000
       Chicago, Illinois 60606

       I, William J. Hoffmann, hereby certify that a true and correct copy of **Plaintiff's Amended Complaint** has been served via CM/ECF transmission to the above identified individuals on January 24, 2012.

                    STATE FARM FIRE AND CASUALTY COMPANY;
                    STATE FARM GENERAL INSURANCE COMPANY;
                    STATE FARM LLOYDS INSURANCE COMPANY;
                    AND STATE FARM FLORIDA INSURANCE
                    COMPANY,

                    By: s/William J. Hoffmann_____
                          William J. Hoffmann

- 1 -

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD  HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER , SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com