IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, | ) ) ) ) ) ) | No. 1:11-cv-08946 |
| Plaintiffs, | ) ) | Hon. John A. Nordberg |
| v. | ) ) | |
| ELECTROLUX HOME PRODUCTS, INC., | ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR
AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Plaintiffs, STATE FARM FIRE & CASUALTY CO. et. al. ("STATE FARM"), by and through its attorneys, GROTEFELD, HOFFMANN, SCHLEITER, GORDON & OCHOA, LLP, and with the agreement of Defendant, ELECTROLUX HOME PRODUCTS, INC. ("ELECTROLUX"), hereby submits this Agreed Motion for Extension of Time to Answer or Otherwise Plead, and, in support thereof, states as follows:

1. This case stems from a series of fires that occurred at the homes of State Farm's insureds. In its Complaint, which sounds in strict product liability and negligence, State Farm alleges dryers manufactured and sold by Defendant were unreasonably dangerous and defective and failed, igniting fires within the homes of STATE FARM's insureds, and causing significant smoke and fire related property damage.

2. STATE FARM filed an Amended Complaint on January 24, 2012.

3. Counsel for the Parties have conferred, and, in order to permit ELECTROLUX

sufficient time to assess the Amended Complaint and prepare an appropriate response, have agreed to allow ELECTROLUX an additional four (4) days to answer or otherwise plead, on or before February 10, 2012.

4. Separately, STATE FARM will submit a Proposed Order, consistent with this Court's required procedures.

WHEREFORE, Plaintiff STATE FARM FIRE & CASUALTY CO. et. al. respectfully requests that the Court enter the Proposed Order submitted concurrently with this Motion, permitting ELECTROLUX HOME PRODUCTS, INC. until February 10, 2012 to answer or otherwise plead in response to Plaintiffs' Amended Complaint.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY;
STATE FARM GENERAL INSURANCE COMPANY;
STATE FARM LLOYDS INSURANCE COMPANY;
AND STATE FARM FLORIDA INSURANCE COMPANY,


By: s/William J. Hoffmann_____

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy – 6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER, Suite 4500
Chicago, Illinois 60606
Ph: (312) 551-0200
Fax: (312) 601-2402
www.grotefeldhoffmann.com