**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY,** ) ) ) ) ) ) | |
| **Plaintiffs,** ) | |
| ) | **No. 1:11-CV-08946** |
| **v.** ) | **Honorable John A. Nordberg** |
| ) | |
| **ELECTROLUX HOME PRODUCTS, INC.,** ) ) | |
| ) | |
| **Defendant.** ) | |

<u>**NOTICE OF MOTION**</u>

To:    Michael J. Summerhill
         Matthew J. Kramer
         Freeborn & Peters
         311 South Wacker Drive, Suite 3000
         Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Wednesday, February 1, 2012 at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John A. Nordberg or any Judge sitting in his stead, in Courtroom No.: 1801 or the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Agreed Motion for An Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY;
STATE FARM GENERAL INSURANCE COMPANY;
STATE FARM LLOYDS INSURANCE COMPANY;
AND STATE FARM FLORIDA INSURANCE
COMPANY,

By: <u>s/William J. Hoffmann</u>
        William J. Hoffmann

- 1 -

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD  HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER , SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com

## <u>CERTIFICATE OF SERVICE</u>

To:    Michael J. Summerhill
        Matthew J. Kramer
        Freeborn & Peters
        311 South Wacker Drive, Suite 3000
        Chicago, Illinois 60606

      I, William J. Hoffmann, hereby certify that a true and correct copy of **Notice of Motion** and **Agreed Motion for an Extension of Time to Answer or Otherwise Plead,** has been served via CM/ECF transmission to the above identified individuals on January 24, 2012.


                                    s/ William J. Hoffmann_____