**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

State Farm Fire and Casuarlty Company, et al.
                                        Plaintiff,

v.                                      Case No.: 1:11−cv−08946
                                        Honorable John A. Nordberg

Electrolux Home Products Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 30, 2012:

    MINUTE entry before Honorable John A. Nordberg:Agreed motion for extension of time until February 10, 2012 to answer orotherwise plead in response to Plaintiffs Amended Complaint [19] is granted. The motion will not be heard on 2/1/12 as noticed.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.