# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8946 | **DATE** | 2/9/2012 |
| **CASE TITLE** | STATE FARM FIRE AND CASUALTY vs. ELECTROLUX HOME PRODUCTS | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear pro hac vice [24],[23],[22] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|