IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., <br><br> Defendant. | Case No. 1:11-cv-08946 <br><br> Judge John A. Nordberg <br><br> JURY DEMAND |

## DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b), hereby moves to dismiss the Amended Complaint filed by plaintiffs State Farm Fire and Casualty Company, State Farm General Insurance Company, State Farm Lloyds, and State Farm Florida Insurance Company (collectively "Plaintiffs") in this matter. In support thereof, Defendant submits and incorporates by reference the Memorandum of Law filed concurrently with this Motion. As set forth in Defendant's Memorandum, Plaintiffs' Amended Complaint is subject to dismissal for any of several reasons and the Court should not allow Plaintiffs to proceed in their efforts to aggregate in a single action more than 200 individual and unique product-liability claims as to which Plaintiffs assert they are subrogated.

WHEREFORE, Defendant Electrolux Home Products, Inc. respectfully requests that the Court dismiss this action with prejudice, and award any further relief that the Court deems just and appropriate.

Dated: February 10, 2012	Respectfully Submitted,

/s/ Michael J. Summerhill

Michael J. Summerhill (ARDC No. 6274260)
Matthew J. Kramer (ARDC No. 6283296)
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel: (312) 360-6382
Fax: (312) 360-6594
msummerhill@freebornpeters.com
mkramer@freebornpeters.com


Robert H. Shulman (*admitted pro hac vice*)
David J. Abrams (*admitted pro hac vice*)
Jaime L. Abraham (*admitted pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
rshulman@kasowitz.com
dabrams@kasowitz.com
jabraham@kasowitz.com

*Counsel for Defendant Electrolux Home Products, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that, on February 10, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record through this Court's CM/ECF system.

Terrence R. Joy
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
150 South Fifth Stree
Minneapolis, Minnesota 55402
(612) 564-4884
tjoy@ghlaw-llp.com


William J. Hoffman
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
wjh@ghlaw-llp.com

Jonathan J. Tofilon
Kevin M. Murphy
Michael J. Scola
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
407 South Third Street
Suite 200
Geneva, Illinois 60139
jtofilon@ghlaw-llp.com
kmurphy@ghlaw-llp.com
scola@ghlaw-llp.com

                /s/ Michael J. Summerhill