**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, | ) ) ) ) ) |
| | ) Case No. 1:11-cv-08946 |
| Plaintiffs, | ) ) Judge John A. Nordberg |
| v. | ) ) JURY DEMAND |
| ELECTROLUX HOME PRODUCTS, INC., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF MOTION**

TO: See Certificate of Service

    **PLEASE TAKE NOTICE** that on **February 15, 2012,** at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John A. Nordberg in Courtroom 1801 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendant's Motion to Dismiss,** a copy of which is submitted concurrently with this Notice and thereby served upon you.

Dated: February 10, 2012        Respectfully Submitted,

                                        /s/ Michael J. Summerhill

                                        Michael J. Summerhill (ARDC No. 6274260)
                                        Matthew J. Kramer (ARDC No. 6283296)
                                        FREEBORN & PETERS LLP
                                        311 S. Wacker Dr., Suite 3000
                                        Chicago, Illinois 60606
                                        Tel: (312) 360-6382
                                        Fax: (312) 360-6594
                                        msummerhill@freebornpeters.com
                                        mkramer@freebornpeters.com

Robert H. Shulman (*admitted pro hac vice*)
David J. Abrams (*admitted pro hac vice*)
Jaime L. Abraham (*admitted pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
rshulman@kasowitz.com
dabrams@kasowitz.com
jabraham@kasowitz.com

*Counsel for Defendant Electrolux Home Products, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that, on February 10, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record through this Court's CM/ECF system.

Terrence R. Joy
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
150 South Fifth Stree
Minneapolis, Minnesota 55402
(612) 564-4884
tjoy@ghlaw-llp.com


William J. Hoffman
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
wjh@ghlaw-llp.com

Jonathan J. Tofilon
Kevin M. Murphy
Michael J. Scola
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
407 South Third Street
Suite 200
Geneva, Illinois 60139
jtofilon@ghlaw-llp.com
kmurphy@ghlaw-llp.com
scola@ghlaw-llp.com


             /s/ Michael J. Summerhill