# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8946 | **DATE** | 2/21/2012 |
| **CASE TITLE** | STATE FARM AND CASUALTY COMPANY, *et al.* vs. ELECTROLUX HOME PRODUCTS, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [26] is taken under advisement. Plaintiffs shall respond by March 2, 2012. Defendant's reply is due March 9, 2012.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|