# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 1:11-CV-08946 Honorable Suzanne B. Conlon |
| ELECTROLUX HOME PRODUCTS, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    All counsel of record

    **PLEASE TAKE NOTICE** that on Wednesday, February 29, 2012 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon or any Judge sitting in her stead, in Courtroom No.: 1743 or the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Plaintiff's Motion to Extend and Continue**, a copy of which is attached hereto.

                                              Respectfully submitted,

                                              STATE FARM FIRE AND CASUALTY COMPANY;
                                              STATE FARM GENERAL INSURANCE COMPANY;
                                              STATE FARM LLOYDS INSURANCE COMPANY;
                                              AND STATE FARM FLORIDA INSURANCE
                                              COMPANY,

                                              By: s/William J. Hoffmann_____
                                                    William J. Hoffmann

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD  HOFFMANN SCHLEITER GORDON & OCHOA, LLP
311 S. WACKER, SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com

## **CERTIFICATE OF SERVICE**

To:   All counsel of record

      I, William J. Hoffmann, hereby certify that a true and correct copy of the **Notice of Motion** and **Motion to Extend and Continue** has been served via CM/ECF transmission to the above identified individuals on February 23, 2012.

                                          s/ William J. Hoffmann_____