# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 8946 | DATE | 2/29/2012 |
| CASE TITLE | STATE FARM FIRE AND CASUALTY CO., et al. vs. ELECTROLUX HOME PRODUCTS, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to extend and continue [33] is granted in part. On good cause shown, the status hearing on March 12, 2012 is reset on April 12, 2012. Plaintiffs' response to the motion to dismiss [26] is extended from March 2, 2012 to March 21, 2012. Defendant's reply is extended from March 9, 2012 to March 30, 2012. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|