IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, ) ) ) ) ) ) | No. 1:11-cv-08946 |
| Plaintiffs, ) ) | Hon. Suzanne B. Conlon |
| v. ) ) | |
| ELECTROLUX HOME PRODUCTS, INC., ) ) | |
| Defendant. ) | |

**<u>PLAINTIFF STATE FARM FLORIDA INSURANCE COMPANY'S NOTICE OF DISMISSAL OF ITS CLAIMS WITHOUT PREJUDICE</u>**

To: Michael J. Summerhill
Matthew J. Kramer
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

Plaintiff, STATE FARM FLORIDA INSURANCE COMPANY (hereinafter referred to as State Farm Florida), by and through its attorneys, GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA, LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby provides Notice to all parties through the CM/ECF filing system and via regular mail of its Dismissal of its First Amended Complaint without prejudice, and states the following:

1. On January 24, 2012, Plaintiff State Farm Florida, along with all other listed Plaintiffs, filed its First Amended Complaint against Defendant Electrolux Home Products, Inc. pursuant to 28 U.S.C. § 1332.

- 1 -

2. As set forth in Exhibit A to the First Amended Complaint, State Farm Florida's action consists solely of its claim as subrogee of Thomas Childers of Fort Myers, Florida in the amount of $49, 989.00.

3. To date, the Defendant has not answered Plaintiff State Farm Florida's First Amended Complaint or filed a Motion for Summary Judgment.

4. Federal Rule of Civil Procedure 41(a)(1) states in its pertinent part that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A).

**WHEREFORE,** Plaintiff State Farm Florida Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby Notifies all Parties of the Dismissal of all Counts against Defendant Electrolux Home Products, Inc., without prejudice.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY;
STATE FARM GENERAL INSURANCE COMPANY;
STATE FARM LLOYDS INSURANCE COMPANY;
AND STATE FARM FLORIDA INSURANCE COMPANY,


By: s/William J. Hoffmann_____
    William J. Hoffmann

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD  HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER , SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com