IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>    Defendant. | No. 1:11-CV-08946<br>Honorable John A. Nordberg |

## CERTIFICATE OF SERVICE

To:    Michael J. Summerhill
        Matthew J. Kramer
        Freeborn & Peters
        311 South Wacker Drive, Suite 3000
        Chicago, Illinois 60606

    I, William J. Hoffmann, hereby certify that a true and correct copy of **Plaintiff State Farm Florida Insurance Company's Notice of Dismissal of Its Claim Without Prejudice** has been served via CM/ECF transmission to all counsel of record on March 20, 2012.

                STATE FARM FIRE AND CASUALTY COMPANY;
                STATE FARM GENERAL INSURANCE COMPANY;
                STATE FARM LLOYDS INSURANCE COMPANY;
                AND STATE FARM FLORIDA INSURANCE
                COMPANY,

                By: s/William J. Hoffmann_____
                        William J. Hoffmann

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy – 6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA, LLP
311 S. WACKER , SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com