**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; and STATE FARM LLOYDS;** )<br>)<br>)<br>)<br>)<br>        Plaintiffs,   )<br>)<br>    v.   )<br>)<br>**ELECTROLUX HOME PRODUCTS, INC.,** )<br>)<br>)<br>        Defendant.   ) | No. 1:11-CV-08946<br>Honorable Suzanne B. Conlon |

## CERTIFICATE OF SERVICE

To:   Michael J. Summerhill
      Matthew J. Kramer
      Freeborn & Peters
      311 South Wacker Drive, Suite 3000
      Chicago, Illinois 60606

   I, Kevin M. Murphy, hereby certify that a true and correct copy of **Plaintiffs' Memorandum in Response to Defendant, Electrolux Home Products, Inc.'s Motion to Dismiss** has been served via CM/ECF transmission to all counsel of record on March 21, 2012.

STATE FARM FIRE AND CASUALTY COMPANY;<br>
STATE FARM GENERAL INSURANCE COMPANY;<br>
STATE FARM LLOYDS INSURANCE COMPANY;<br>
AND STATE FARM FLORIDA INSURANCE COMPANY,<br>
<br>
By: <u>s/Kevin M. Murphy</u><br>
Kevin M. Murphy

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD  HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER , SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com