# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 8946 | DATE | 4/12/2012 |
| CASE TITLE | STATE FARM FIRE AND CASUALTY CO., *et al.* vs. ELECTROLUX HOME PRODUCTS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's motion to dismiss [26] is taken under advisement. Court will issue ruling by mail.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | air |
|---|---|---|