**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, ) ) ) ) ) ) | Case No. 1:11-cv-08946 |
| Plaintiffs, ) ) | The Honorable Suzanne Conlon |
| v. ) ) | JURY DEMAND |
| ELECTROLUX HOME PRODUCTS, INC., ) ) | |
| Defendant. ) ) | |

**DEFENDANT'S MOTION FOR RECONSIDERATION
OR, IN THE ALTERNATIVE,
CERTIFICATION FOR INTERLOCUTORY APPEAL**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its undersigned counsel, hereby submits this Motion For Reconsideration Or, In The Alternative, Certification For Interlocutory Appeal, and, in support thereof, submits and incorporates by reference the Memorandum of Law filed concurrently herewith.

WHEREFORE, for all of the reasons set forth in the accompanying Memorandum of Law In Support of Defendant's Motion For Reconsideration Or, In The Alternative, For Interlocutory Appeal, Electrolux respectfully requests that the Court either reconsider its April 16, 2012 Memorandum Opinion and Order denying Electrolux's Motion to Dismiss (Docket No. 49), or, in the alternative, certify that Order for interlocutory appeal pursuant to 28 U.S.C. 1292(b).

| | |
|---|---|
| Dated: April 30, 2012 | Respectfully Submitted, |
| | /s/ Michael J. Summerhill |

                                          Michael J. Summerhill (ARDC No. 6274260)
                                          Matthew J. Kramer (ARDC No. 6283296)
                                          FREEBORN & PETERS LLP
                                          311 S. Wacker Dr., Suite 3000
                                          Chicago, Illinois 60606
                                          Tel: (312) 360-6382
                                          Fax: (312) 360-6594
                                          msummerhill@freebornpeters.com
                                          mkramer@freebornpeters.com

                                          Robert H. Shulman (*admitted pro hac vice*)
                                          David J. Abrams (*admitted pro hac vice*)
                                          Jaime L. Abraham (*admitted pro hac vice*)
                                          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                          1633 Broadway
                                          New York, New York 10019
                                          rshulman@kasowitz.com
                                          dabrams@kasowitz.com
                                          jabraham@kasowitz.com

                                          *Counsel for Defendant Electrolux Home Products, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that, on April 30, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record through this Court's CM/ECF system.

Terrence R. Joy
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
150 South Fifth Stree
Minneapolis, Minnesota 55402
(612) 564-4884
tjoy@ghlaw-llp.com


William J. Hoffman
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
wjh@ghlaw-llp.com

Jonathan J. Tofilon
Kevin M. Murphy
Michael J. Scola
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
407 South Third Street
Suite 200
Geneva, Illinois 60139
jtofilon@ghlaw-llp.com
kmurphy@ghlaw-llp.com
scola@ghlaw-llp.com

                                                          /s/ Michael J. Summerhill