# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS; and STATE FARM FLORIDA INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) Case No. 1:11-cv-08946<br>) |
| Plaintiffs, | ) The Honorable Suzanne Conlon<br>) |
| v. | ) JURY DEMAND<br>) |
| ELECTROLUX HOME PRODUCTS, INC., | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF MOTION

TO: See Certificate of Service

    **PLEASE TAKE NOTICE** that on **May 8, 2012,** at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Suzanne Conlon in Courtroom 1743 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Defendant's Motion For Reconsideration Or, In The Alternative, Certification for Interlocutory Appeal**, a copy of which is submitted concurrently with this Notice and thereby served upon you.

Dated: April 30, 2012        Respectfully Submitted,

                                  /s/ Michael J. Summerhill

                                  Michael J. Summerhill (ARDC No. 6274260)
                                  Matthew J. Kramer (ARDC No. 6283296)
                                  FREEBORN & PETERS LLP
                                  311 S. Wacker Dr., Suite 3000
                                  Chicago, Illinois 60606
                                  Tel: (312) 360-6382
                                  Fax: (312) 360-6594
                                  msummerhill@freebornpeters.com
                                  mkramer@freebornpeters.com

        Robert H. Shulman (*admitted pro hac vice*)
        David J. Abrams (*admitted pro hac vice*)
        Jaime L. Abraham (*admitted pro hac vice*)
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
        1633 Broadway
        New York, New York 10019
        rshulman@kasowitz.com
        dabrams@kasowitz.com
        jabraham@kasowitz.com

        *Counsel for Defendant Electrolux Home Products, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on April 30, 2012, he caused a copy of the foregoing pleading to be served upon the following counsel of record through this Court's CM/ECF system.

Terrence R. Joy
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
150 South Fifth Stree
Minneapolis, Minnesota 55402
(612) 564-4884
tjoy@ghlaw-llp.com


William J. Hoffman
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
wjh@ghlaw-llp.com

Jonathan J. Tofilon
Kevin M. Murphy
Michael J. Scola
Grotefeld Hoffmann Schleiter Gordon & Ochoa LLP
407 South Third Street
Suite 200
Geneva, Illinois 60139
jtofilon@ghlaw-llp.com
kmurphy@ghlaw-llp.com
scola@ghlaw-llp.com

    /s/ Michael J. Summerhill