## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 8946 | DATE | 5/8/2012 |
| CASE TITLE | STATE FARM FIRE AND CASUALTY COMPANY et al. v. ELECTROLUX HOME PRODUCTS, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to reconsider or for interlocutory appeal [53] is taken under advisement. Plaintiffs shall respond by May 15, 2012; defendant's reply is due by May 22, 2012. The motion will not be heard as noticed on May 8, 2012.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|