**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; and STATE FARM LLOYDS;** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | **No. 1:11-CV-08946** **Honorable Suzanne B. Conlon** |
| **ELECTROLUX HOME PRODUCTS, INC.,** | ) ) ) | |
| **Defendant.** | ) ) | |

**CERTIFICATE OF SERVICE**

To: Michael J. Summerhill
Matthew J. Kramer
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

I, William J. Hoffmann, hereby certify that a true and correct copy of **Plaintiffs' Memorandum in Response to Defendant, Electrolux Home Products, Inc.'s Motion for Reconsideration or Certification for Interlocutory Appeal** has been served via CM/ECF transmission to all counsel of record on May 15, 2012.

                                      STATE FARM FIRE AND CASUALTY COMPANY;
                                      STATE FARM GENERAL INSURANCE COMPANY;
                                      AND STATE FARM LLOYDS INSURANCE
                                      COMPANY,

                                      By: <u>s/William J. Hoffmann</u>
                                             William J. Hoffmann

Terrence R. Joy - 1371509
William J. Hoffmann – 6211756
Kevin M. Murphy –  6181083
Michael J. Scola – 6302960
Jonathan J. Tofilon - 6301041
GROTEFELD  HOFFMANN SCHLEITER
GORDON & OCHOA, LLP
311 S. WACKER , SUITE 4500
CHICAGO, ILLINOIS 60606
PH: (312) 551-0200
FAX: (312) 601-2402
www.grotefeldhoffmann.com