## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

State Farm Fire and Casualty Company, et al.

                           Plaintiff,

v.                                     Case No.: 1:11−cv−08946
                                     Honorable Harry D. Leinenweber

Electrolux Home Products Inc.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2014:

     MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiffs' Motion to compel [189] is granted in part and denied in part. Defendant is ordered to produce photographs of the dryers and fire scenes, but does not have to produce any notes that qualify as work product. Defendant is also ordered to produce documents related to the 2006 "risk assessment" study conducted in Australia. Defendant is given until 2/4/2014 in which to comply with those. The Defendant is directed to submit the documents from the 2002 Packer Engineering testing to the Court for in camera review. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.