**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; and STATE FARM LLOYDS; | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-CV-08946 |
| v. | ) ) | Honorable Harry D. Leinenweber |
| ELECTROLUX HOME PRODUCTS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that this matter between Plaintiffs, State Farm Fire and Casualty Company, et al. and Defendant, Electrolux Home Products, Inc., be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees, expenses, and costs.

Dated:  August 27, 2014

STIPULATED AND AGREED TO:

STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM GENERAL INSURANCE COMPANY; STATE FARM LLOYDS INSURANCE COMPANY,

By: s/    William J. Hoffmann
*Counsel*

William J. Hoffmann (6211756)
Terrence R. Joy (1371509)
Michael J. Scola (6302960)
Jonathan J. Tofilon (6301041)
GROTEFELD HOFFMANN SCHLEITER
GORDON OCHOA & EVINGER, LLP
407 South Third Street, Suite 200
Geneva, IL 60134
Ph: (312) 551-0200
Fax: (312) 601-2402
E-Mail: bhoffmann@ghlaw-llp.com
         tjoy@ghlaw-llp.com
         mscola@ghlaw-llp.com
         jtofilon@ghlaw-llp.com

*Attorneys for Plaintiffs*


ELECTROLUX HOME PRODUCTS, INC.,

By: s/ Melissa L. Yemma_____
                *Counsel*

Cheryl M. Nicolson
Melissa L. Yemma
NICOLSON LAW GROUP
Rose Tree Corporate Center II
1400 N. Providence Road
Suite 6050
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

*Attorneys for Defendant*