# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

State Farm Fire and Casualty Company, et al.

                Plaintiff,

v.                            Case No.: 1:11−cv−08946

                            Honorable Harry D. Leinenweber

Electrolux Home Products Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2014:

      MINUTE entry before the Honorable Harry D. Leinenweber:Cause dismissed without prejudice, with each party to bear its own attorney's fees, expenses and costs. Status hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.